UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>        Plaintiff - Appellee, <br><br>  v. <br><br> MARQUISE TRAVON DEDMON, <br><br>        Defendant - Appellant. | No. 11-50451 <br><br> D.C. No. 2:07-cr-00404-RHW-1 <br> Central District of California, <br> Los Angeles |
| UNITED STATES OF AMERICA, <br><br>        Plaintiff - Appellee, <br><br>  v. <br><br> MARQUISE TRAVON DEDMON, <br><br>        Defendant - Appellant. | No. 11-50452 <br><br> D.C. No. 2:07-cr-00725-RHW-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: McKEOWN, GOULD, and BYBEE, Circuit Judges.

Plaintiff's unopposed motion to unseal memorandum disposition, filed September 30, 2014, is hereby GRANTED. The Clerk's Office is directed to unseal the Memorandum Disposition that was filed in these appeals on December 5, 2013.